Sam Rosenberg et al., appellees, v. Zurich General Accident & Liability Insurance Company, Ltd., appellant. Gen. No. 33,581.

Opinion filed December 31, 1929.

George A. Schneider, for appellant. Moses, Kennedy, Stein & Bachrach, for appellees; Hirsch E. Soble, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

The People of the State of Illinois ex rel. Benjamin M. Jacobson, appellee, v. City of Chicago, appellant. Gen. No. 33,590.

Opinion filed December 31, 1929.

Samuel A. Ettelson, Corporation Counsel, for appellant; Samuel L. Golan and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Celle Becker, appellee, v. Alfon E. Bahr, appellant. Gen. No. 33,599.

Opinion filed December 31, 1929.

Harold O. Mulks, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

S. Baer, appellee, v. Metropolitan Petroleum Company and Nat Rue, appellants. Gen. No. 33,617.

Opinion filed December 31, 1929.

Myron E. Wisch, for appellants; Sidney R. Tarkoff and Nathan Einhorn, of counsel. Harry Z. and Bernard Perel, for appellee; Abraham H. Maller, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.